AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 2 6 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA
v.

JHON MORENO
a/k/a John Moreno

and

■■■■■■■■■■■■■■■

Redacted

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:12-MJ-94
~~UNDER SEAL~~

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>June 2010 and December 2011</u> in <u>Fulton and Gwinnett</u> County, in the Northern District of Georgia defendant(s) did, Track Statutory Language of Offense)

knowingly cause false information to be kept in the records of a Federal Firearm Licensee

in violation of Title <u>18</u> United States Code, Section(s) <u>924(a)(1)(A)</u>.

I further state that I am a(n) Special Agent with the Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

Please see attached affidavit

Continued on the attached sheet and made a part hereof.   (X) Yes   ( ) No

_____
Signature of Complainant
Eric J. Degree

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

<u>January 26, 2012</u>                                    at   <u>Atlanta, Georgia</u>
Date                                                          City and State

Linda T. Walker
United States Magistrate Judge
Name and Title of Judicial Officer                              Signature of Judicial Officer

AUSA Stephanie E. Gabay-Smith/ 2012R00043

1. I, Eric J. DeGree, am a Special Agent (S/A) with the U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been employed since May of 2000. Previous to this employment, I was a Criminal Investigator for the Internal Revenue Service (IRS), Inspection Service and a S/A with the Treasury Inspector General for Tax Administration (TIGTA).

2. This affidavit is based upon my personal knowledge and observations, as well as those of other ATF Agents and local law enforcement officers. This affidavit contains information to support probable cause but is not intended to convey facts of the entire investigation.

3. An ATF investigation revealed that, between June 17, 2010 and December 5, 2011, Jhon MORENO aka John MORENO, DOB: 01/12/1981, POB: Columbia, purchased the following (21) firearms from multiple federal firearm licensees (FFLs) in the Northern District of Georgia (NDGA):

    **June 17, 2010- TGS Services Inc, Doraville, Georgia (GA)**

    MSAR, Model: STG-556, 5.56 caliber rifle, serial number (s/n): 600-P-005648

    **June 18, 2010- David's Gun Room, Norcross, GA**

    Ruger, Model: SR9, 9mm pistol, s/n: 330-44878
    Ruger, Model: SR9, 9mm pistol, s/n: 330-53214

    **October 2, 2010- Buford Gun and Ammo, Buford, GA**

    FN, Model: Five-Seven, 5.7 caliber pistol, s/n: 386189232
    FN, Model: Five-Seven, 5.7 caliber pistol, s/n: 386191486

    **October 13, 2010- B & B Outdoors, Roswell, GA**

    Glock, Model: 34, 9mm pistol, s/n: LKT290
    Intratec, Model: AB-10, 9mm pistol, s/n: A031126

    **October 15, 2010- B & B Outdoors, Roswell, GA**

    Armalite, Model: AR-15, .223 caliber rifle, s/n: US40223

    **October 19, 2010- Buford Gun and Ammo, Buford, GA**

    MSAR, Model: STG-556, 5.56 caliber rifle, s/n: 600-P007340

    **January 20, 2011- TGS Services Inc, Doraville, GA**

    FN, Model: PS90, 5.7 caliber rifle, s/n: FN047950

**January 22, 2011- Bulls-Eye Indoor Range and Gun Shop**

Beretta, Model: PX4SC, 9mm pistol
Kel-Tec, Model: PLR-16, .223 caliber pistol, s/n: P7005

**January 26, 2011- TGS Services Inc, Doraville, GA**

FN, Model: Five-Seven, 5.7 caliber pistol, s/n: 386218827
Professional Ordinance, Model: Carbon-15, .223 pistol, s/n: A21142

**February 2, 2011- TGS Services Inc, Doraville, GA**

MSAR, Model: STG-556, .223 rifle, s/n: 600-P-003772

**February 11, 2011- B & B Outdoors, Roswell, GA**

Bushmaster, Model: Carbon-15, 5.56 caliber pistol, s/n: D05139
CZ, .45 caliber pistol, s/n: A6602

**November 12, 2011- David's Gun Room, Norcross, GA**

Remington, Model: AR-15, .223 caliber rifle, s/n: RA017477
Beretta, Model: PX4SC, 9mm pistol, s/n: PZ20808

**November 17, 2011- B & B Outdoors, Roswell, GA**

Century, Model: Goloni, .223 rifle, s/n: GLN05841

**December 5, 2011- David's Gun Room, Norcross, GA**

Smith and Wesson, Model: Bodyguard, .380 caliber pistol, s/n: EAX5098

4. The investigation also revealed that, on February 3, 2011, ▬▬▬▬▬▬▬▬▬ DOB: ▬▬▬▬▬ POB: Columbia purchased the following (2) firearms from a FFL in the NDGA:

**February 3, 2011- Buford Gun and Ammo, Buford, GA**

FN, Model: Five-Seven, 5.7 caliber pistol, s/n: 386204889
MASAR, Model: STG-556, 5.56 caliber rifle, s/n: 09-ACU-0082

5. A copy of ▬▬▬▬▬▬▬▬▬ Georgia Driver's License was attached to the ATF Form 4473 which documented his February 3, 2011 firearms purchase. According to the copy, the Driver's License was issued on February 1, 2011.

6. During all of the above firearms purchases, MORENO and ▮▮▮▮▮▮▮▮ filled out an ATF Form 4473, Firearm Transaction Record, indicating that they were the "actual purchaser" of the firearm and also provided personal information including their current address. An ATF Form 4473 is a form required to be kept by FFLs.

7. My training and experience leads to me to believe that the nature and number of MORENO'S purchases are consistent with prior investigations of individuals purchasing firearms to re-sell.

8. My training and experience leads me to believe that MORENO'S pattern of purchasing multiple firearms from different FFLs suggests a pattern of attempting to avoid detection by ATF.

9. On each ATF Form 4473, which MORENO and ▮▮▮▮▮▮▮▮ completed in order to purchase the above firearms, they both listed their current address as 3250 Binghampton Lane, Lawrenceville, GA 30044.

10. On January 5, 2012, ATF S/As interviewed Cheryl McPHERSON at her residence, 3250 Binghampton Lane, Lawrenceville, GA 30044. McPHERSON stated that she has lived at the residence with her family from June of 2010 until the present.

11. McPHERSON stated that she and her family rent the house through Dowaa MORENO (DOWAA). McPHERSON stated that DOWAA was married to MORENO but they are now divorced. McPHERSON stated that, although MORENO and DOWAA are divorced, they are still friends. DOWAA told McPHERSON that it was ok for MORENO to use the Binghampton address for mailing purposes.

12. McPHERSON stated that, in November of 2010, MORENO came to the residence and asked her for a copy of their electric bill. McPHERSON stated that MORENO was accompanied by an individual that he identified as his father. MORENO told McPHERSON that his father was from New York (NY) and that his father was going to use their address in order to receive some type of paperwork. MORENO told McPHERSON that once the paperwork arrived, she should mail it to an address in Brooklyn, NY. McPHERSON stated that the paperwork never came.

13. McPHERSON stated that the last saw MORENO around Thanksgiving time (November 2011). MORENO came to her house approximately 10 minutes after a Fed Ex envelope from Puerto Rico was delivered. MORENO picked up the package and said he needed to use the address because he had just come back into the country from Puerto Rico. McPHERSON stated that she thought it was strange that MORENO showed up unexpected to her house.

14. The S/As asked McPHERSON who paid her family's electric bill. She stated their provider was Jackson Electric and that the account is in her son's name, Antonio McPHERSON (ANTONIO).

15. The S/As showed McPHERSON a copy of a Jackson Electric Bill which was addressed to Hugo D. MARIN VERGARA, Account # 912224, 3250 Binghampton Lane, Lawrenceville, GA 30044. This electric bill was attached to the ATF Form 4473 which documented the aforementioned February 3, 2011 firearms purchase made by Hugo MARIN-VERGARA.

16. McPHERSON stated that she did not know any individual named ▓▓▓▓▓▓▓▓ and re-iterated that their electric bill was in her son's name. McPHERSON showed the S/As a document from Jackson Electric which listed ANTONIO as the account holder.

17. Your affiant showed McPHERSON a Georgia Department of Driver's Services (GDDS) photo of MORENO (excluding any identifying information). McPHERSON identified the individual in the photo as Jhon MORENO. The S/As also showed McPHERSON a GDDS photo of ▓▓▓▓▓▓▓▓ (excluding any identifying information). McPHERSON identified the individual in the photo as MORENO'S father. She did not recall the father's name.

18. McPHERSON prepared and signed a written statement on ATF Form 3270.1 (Affidavit), which stated, under penalty of perjury, that, from June of 2010 through the present, neither Jhon MORENO nor ▓▓▓▓▓▓▓▓ ever lived at 3250 Binghampton Court.

19. My training and experience leads me to believe that MORENO and ▓▓▓▓▓▓▓▓ used a false address to avoid detection by ATF and or other law enforcement agencies.

20. Based upon the above information, I believe that there is probable cause to believe that Jhon MORENO and ▓▓▓▓▓▓▓▓ knowingly caused false information to be kept in the records of a FFL in violation of Title 18, United States Code, Section 924 (a) 1(A).